# IN THE SUPREME COURT OF THE STATE OF NEVADA

SATICOY BAY LLC, SERIES 2920
BAYLINER AVENUE, A NEVADA
LIMITED LIABILITY COMPANY,
                        Appellant,
vs.
SANDSTONE RIDGE ASSOCIATION, A
DOMESTIC NON-PROFIT
CORPORATION; AND ATC
ASSESSMENT COLLECTION GROUP,
LLC, A FOREIGN LIMITED LIABILITY
COMPANY,
                        Respondents.

No. 83782

FILED

JUL 18 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____ S. Young
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Gloria Sturman, District Judge
       John Walter Boyer, Settlement Judge
       Roger P. Croteau & Associates, Ltd.
       Brandon E. Wood
       Boyack Orme & Anthony
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

22-22536